**No. 63420.**—Hangchow Importing Co. *v.* United States, protest 58/8708(B) (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiff was sustained.